PATRICK J. DRISCOLL, Respondent, v. MARY A. DRISCOLL, as Administratrix, etc., of JOHN J. DRISCOLL, Deceased, Appellant.— Judgment unani-

mously affirmed, with costs.   No opinion.   Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.